IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

KENNETH MEDENBACH,

    Plaintiff,

v.

UNITED STATE DISTRICT JUDGE
MICHAEL MCSHANE, and ASSISTANT
UNITED STATES ATTORNEY
DOUGLAS FONG,

    Defendants.

Civ. No. 1:17-cv-00751-CL

JUDGMENT

Pursuant to Magistrate Judge Clarke's Findings and Recommendation, it is ordered that this action is hereby dismissed and a pre-filing order will be imposed.

DATED: 6/22/2017

                                          Mary L. Moran, Clerk

                                          By    /s/ Cathy Kramer
                                                     Deputy Clerk